**Order filed March 5, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00735-CR

———————

**JERALD MARQUISE MURRAY SENIOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 82258-CR**

## ORDER

The reporter's record in this case was due **December 18, 2018**. *See* Tex. R. App. P. 35.1. On December 18, 2018, this court ordered granted the court reporter a thirty-day extension to file the record on or before January 17, 2019. On January 18, 2019, this court granted the court reporter a fifteen-day extension to file the record on or before February 1, 2019. The record has not been filed with the court.

Because the reporter's record has not been filed timely, we issue the following order.

We order **Ida Salinas**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. If **Ida Salinas** does not timely file the record as ordered, we will issue a show cause order directing the court reporter to appear before this court on a date certain to show cause why the reporter should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.


PER CURIAM